

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00581-CV

Mary Fowler
v.
Gus Montis, Argiro Investments, LLC

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2013-CV-61603-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the county court's judgment and renders judgment dismissing the suit. The Court orders the judgment VACATED and renders judgment DISMISSED. Costs of the appeal are adjudged against the appellant.

We further order this decision certified below for observance.

November 20, 2014